**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAURICE CORTEZ MARTIN,

        Petitioner,

                                              Civil Case Number: 06-10024

v.

                                              DIST. JUDGE PAUL D. BORMAN

UNITED STATES OF AMERICA,        MAG. JUDGE STEVEN D. PEPE

        Respondent.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PETITIONER'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C. § 2255 (DOCK. NO. 109)**

      Before the Court is the Magistrate Judge's March 29, 2007 Report and Recommendation in favor of denying Petitioner's Motion to Vacate Sentence under 28 U.S.C. § 2255. Having reviewed that Report and Recommendation, and Petitioner's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation DENYING Petitioner's Motion to Vacate Sentence under 28 U.S.C. § 2255.

      **SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: August 1, 2007

                                CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 1, 2007.

                                          s/Denise Goodine
                                          Case Manager